NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

05-1579

BONNETTE AUCTION COMPANY, LLC

VERSUS

KHALID AZMI

**********
APPEAL FROM THE
ALEXANDRIA CITY COURT - NO. 100,059
HONORABLE RICHARD E. STARLING JR., CITY COURT JUDGE
**********

GLENN B. GREMILLION
JUDGE

**********

Court composed of John D. Saunders, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

AFFIRMED.

Thomas O. Wells
P. O. Box 13438
Alexandria, LA 71315
(318) 445-4500
Counsel for Plaintiff/Appellee:
        Bonnette Auction Company, LLC

Carlton James Hicks
3324 Parkway Drive
Alexandria, LA 71301
(318) 442-6181
Counsel for Defendant/Appellant:
        Khalid Azmi